FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0426

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0426

JESUS VILLANUEVA,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

Appellant has filed an "early" motion for a 90-day extension of time to file his reply brief. He explains that due to his incarceration the 14-day time limit to file his reply brief will infringe on his due process rights.

The Court notes that Appellee's brief has not yet been filed. Thus, pursuant to M. R. App. P. 12(3), Appellant's motion is premature.

IT IS HEREBY ORDERED that the motion for extension is DENIED. Appellant shall have 90 days from the date Appellee's brief is filed to file his reply brief.

No further extensions will be granted.

Dated March 1, 2024.    For the Court,

_____
Chief Justice